IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-0513-D (BF) |
| | § | |
| **BONNIE L. MOON,** | § | |
| | § | |
| **Defendant.** | § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

The District Court referred Petitioner's Motion to Enforce Internal Revenue Service ("IRS") Summons to the United States Magistrate Judge for recommendation. This Court ordered Bonnie L. Moon to appear before this Court to show cause why she has not complied with the Summons.

On April 20, 2009, Ms. Moon appeared as ordered, and the United States appeared by Special Assistant U.S. Attorney Adam L. Flick. The Court ordered Ms. Moon to meet with the Internal Revenue Agent immediately following the hearing and to answer all questions that were posed to her. Further, the Court ordered that Ms. Moon produce the records demanded by the summons.

Counsel for the IRS has informed the Court that Ms. Moon has complied with the Court's orders and that the Internal Revenue Summons has been enforced. Accordingly, the Court recommends that this case be administratively closed.

SIGNED this 20th day of April, 2009.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## **INSTRUCTIONS FOR SERVICE AND**
## **NOTICE OF RIGHT TO APPEAL/OBJECT**

The United States District Clerk shall serve a true copy of these findings, conclusions, and recommendation on the parties.  Pursuant to Title 28, United States Code, Section 636(b)(1), any party who desires to object to these findings, conclusions, and recommendation must serve and file written objections within ten days after being served with a copy.  A party filing objections must specifically identify those findings, conclusions, or recommendation to which objections are being made.  The District Court need not consider frivolous, conclusory, or general objections.  A party's failure to file such written objections to these proposed findings, conclusions, and recommendation shall bar that party from a *de novo* determination by the District Court.   *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Additionally, any failure to file written objections to the proposed findings, conclusions, and recommendation within ten days after being served with a copy shall bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court, except upon grounds of plain error.  *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).