IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,          §
                                   §
                    Petitioner,    §
                                   §   Civil Action No. 3:09-CV-0513-D
VS.                                §
                                   §
BONNIE L. MOON,                    §
                                   §
                    Respondent.    §

## ORDER

The court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.  Accordingly, petitioner's March 17, 2009 petition to enforce Internal Revenue Service summons is closed administratively for statistical purposes.  Either party may move for cause to reopen the petition statistically.

**SO ORDERED**.

April 23, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE